UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA,

      Plaintiff

V.                           NO. 3:16-cr00229-AVC

YU LONG,

      Defendant          MAY 3, 2017

## YU LONG'S SENTENCING MEMORANDUM

**Introduction**

      There is no question that Dr. Yu Long illegally took
proprietary materials from his employer and traveled with those
materials back and forth to China. In reality, however, this case is
more soap opera than theft, more melodrama than international
intrigue. To appreciate why this is so, it is important to
understand Dr. Long's employment history and how it intertwined
with his relationship with a wealthy but unstable and irrational
fiancé, the mother of his children.

When his actions are viewed in context and recognizing he has been incarcerated since November 4, 2014, he is justified in requesting a sentence of time served of 30 months.

## US Education, Early Success at UTRC AND Then a Problem

Dr. Yu Long is 39 years old. He received his early education in China and his graduate education in the United States. He received a PhD in Engineering from Clemson University. He was hired as an Engineer by United Technologies Research Corporation (UTRC) in 2008 on graduation. He was successful at UTRC and in fact, in 2012 received a National Outstanding Young Manufacturing Engineer Award.

In December of 2012 his career crashed. Yu was scheduled to give a five-hour presentation at an important and highly attended company conference. His supervisor at the last minute told Yu that his proposed lengthy presentation would be drastically shortened to something like ten minutes. Yu was angry and upset. He lashed out at the supervisor who had changed the plans

without notice.  Worse yet, he embarrassed that supervisor in front of the audience.

He learned shortly thereafter from a more immediate supervisor that his conduct had sabotaged his career at UTRC.

## Yu Meets and Partners with Jane

In the summer of 2011, Yu who was then divorced, met and partnered with Jane.  This was the beginning of a troubled relationship that, combined with his employment issues, would lead to the events that bring him before this Court.

Yu and Jane met through the internet.  She was enrolled in a summer course at Yale.  They lived together in New Haven.  Jane attended a school for fashion in New York City while Yu worked at UTRC.  Jane became pregnant.  Their daughter, Charlotte, was born in October, 2012.

Jane is the daughter of a wealthy Chinese industrialist who died suddenly and mysteriously at a relatively young age.  Jane believed, apparently without proof, that her father had been murdered.  This affected her emotional stability and left her

conflicted about returning to China.  She was wealthy but irrational, unpredictable and, most of all, controlling.  Their relationship has been troubled.

Shortly after Charlotte's birth, Yu's mother came to the United States from China to care for the child.  She and Jane did not get along.  Yu's mother wanted him to leave Jane and return to China.  But Yu remained loyal to Jane.  He labors on at UTRC and his mother returns to China, unhappy with the choice he made.  Yu's relationship with Jane continues to be contentious.

## The Beginning of the End at UTRC

As predicted by his immediate supervisor after the December 2012 conference blow-up, Yu now begins to run into difficulties at UTRC.  He is passed over for a promotion.  He loses a leadership position.  He is denied a manager position with UTRC in China.  He becomes disenchanted and begins to look for work in academia in China.  He sends out feelers to Chinese Universities.  He does not anticipate how Jane will complicate his plans.

## **Jane's Second Pregnancy; Yu's First China Visit**

In August, 2013, Jane becomes pregnant for a second time. But, given the status of their relationship and consistent with her unpredictable nature, she tells Yu the baby is not his; rather the father, she claims, is a wealthy Chinese gentleman Jane met in New York. Jane directs Yu to go to China with their daughter, Charlotte, to meet Jane's mother who was then having surgery. While there, aware of his impending employment troubles, Yu meets with administrators at a Chinese University to discuss possible employment. He learns there of a Chinese Government-sponsored program developed to bring back to China engineers who had been educated in the United States. He is encouraged by Chinese academics to apply for the program.

Yu returns to the United States only to deal with more unpleasantness at home. He receives a final devastating employment review resulting from the conference blow-up. And now Jane, having graduated from Parsons in New York, wants a separation. Then she changes her mind. Now she wants Yu to

stay with her. She now wants to buy a house in Connecticut with her own money. She buys a house (they would never live in) in Farmington. And surprises Yu by applying to a graduate fashion design program at Cornell.

## Yu Receives an Offer from Purdue; Leaves UTRC; <u>Jane is Accepted at Cornell</u>

Jane's attitude about returning to China is ever changing. Yu cannot anticipate her needs or moods. She remains, however, in control of the purse strings.

Yu's continued job search is not limited to China. He wants to get employment in academia. His attempts in the private industry are unrewarding. He seeks academic positions in the United States, consulting with Chinese professors at American Universities for assistance. In May of 2014 he meets with apparent success. He receives a professorship offer from Purdue and is pleased. Problem apparently solved. He accepts, tells UTRC that he is leaving and departs with sending an ill-advised angry e-mail. It is then that he takes with him a hard drive and some other

proprietary materials which, candidly, UTRC did not closely monitor.

Purdue wants him to start immediately. Jane's quixotic nature changes all that. Jane unexpectedly orders Yu not to take the Purdue job. He must accompany her to Cornell, prepare the house in Farmington for rental, and care for their two children in Ithaca. Purdue withdraws its offer. Yu attempts to ready the house in Farmington and ultimately leaves for Ithaca to be an unemployed house husband and child care provider.

## Now Unemployed, Yu Intensifies His Job Search; A Second Trip to China

The troubled state of Yu's relationship with Jane continues. Now, he cannot timely apply for further academic positions in the United States. His attempts to apply for jobs in private industry in the United States were unsuccessful. Yu then intensifies his search for employment in Chinese academia.

Yu and Jane are running into money problems. Now Jane insists that he travel back to China with Charlotte to enroll in some type of Chinese health plan for her; however, Jane refuses to

pay for the trip. Yu convinces a Chinese University to underwrite that trip and review his employment application. At that time, Jane directs him to search for real estate in China. While his second trip to China, Yu again contacts Chinese Universities. He is solicited by them but does not feel that the opportunities presented are sufficiently substantial. While in China he stays at Jane's mother's house with Charlotte. When he returns to the United States, he lives at Cornell and does independent research while at Cornell about 3D printing for fashion design. Jane continues her studies at Cornell.

### The Third Trip to China and the Chinese Government Program

There is a third trip to China from July to August in 2014 for employment. While in China, he meets at a different Chinese University and is encouraged by Chinese professors working in the United States to take advantage of yet another Chinese Government-sponsored plan also designed to encourage Chinese nationals to return to China and bring with them the knowledge

gained through their education and employment experience in the United States. He deals with Chinese academics who assist him in processing applications to take advantage of the Chinese educational programs.

When Yu returns to the United States, his daughter Grace is born. Jane has had a difficult delivery. He and Jane mend their relationship to the extent that Jane agrees to pay for yet another trip to China.

Yu's plans for pursing employment in American academia are on hold; it's too late to apply here. Although Jane wants Yu to stay in Cornell and care for their children, Yu is still jobless and needs employment to avoid a gap in his resume. Jane inexplicably wants him to go to Hong Kong to secure a residence for them even though she did not wish to return to China. Yu is trying to keep his options open, given Jane's uncertainty about returning to China.

**Yu's Arrest**

Yu intends to take a fourth trip to China on November 5, 2014 to pursue academic employment. He is stopped at Newark International Airport as he was boarding a flight. In his possession were the offending documents. Yu is interviewed. He is allowed to return home. He is arrested on November 7, 2014.

**Brief Summary**

So, in sum, Yu traveled to China on three separate occasions. His intent in traveling to China was to obtain employment and to comply with the demands of his wealthy fiancé whose life plans kept on changing. On two of those trips he had with him and accessed proprietary materials of UTRC which he references in his employment search. He puffed up his accomplishments at UTRC when seeking employment but did not turn over the materials.

Yu has been incarcerated since November 7, 2014. His fiancé, contrary to what he believed she intended when they were together, has now returned to China with their two children. He

accepts full responsibility for taking materials to which he was not entitled and which were the property of United Technology. His purpose in doing so was not to distribute that information to China or its Government, though he acknowledges that the materials would have been of interest to China. He was trying to keep his family together and to put himself in a position to provide for them.

Yu Long comes before the Court humbled and contrite. He asks for a sentence of time served. He understands that his actions can be perceived to be of a greater dimension then they actually are. He asks the Court to appreciate his situation to end this sad chapter in his life.

## The Law of Sentencing

This Court well knows the applicable sentencing statute, 18 USC 3553(a). It is set forth in the footnote below.[1]   The Court has

---

[1] In its entirety, 18 U.S.C. §3553(a) provides:

**(a) Factors to be considered in imposing a sentence.**--The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider--

**(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;

**(2)** the need for the sentence imposed--

**(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

**(B)** to afford adequate deterrence to criminal conduct;

**(C)** to protect the public from further crimes of the defendant; and

**(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

**(3)** the kinds of sentences available;

**(4)** the kinds of sentence and the sentencing range established for--

**(A)** the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines--

**(i)** issued by the Sentencing Commission pursuant to section 994(a)(1) of title 28, United States Code, subject to any amendments made to such guidelines by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28); and

**(ii)** that, except as provided in section 3742(g), are in effect on the date the defendant is sentenced; or

**(B)** in the case of a violation of probation or supervised release, the applicable guidelines or policy statements issued by the Sentencing Commission pursuant to section 994(a)(3) of title 28, United States Code, taking into account any amendments made to such guidelines or policy statements by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28);

**(5)** any pertinent policy statement--

received, and will continue to receive, memoranda similar to this,
synopsizing the evolution of sentencing law from the adoption of
the Sentencing Guidelines in 1987 to the today when guidelines
are, happily, advisory, not presumed reasonable, and serve only as
a starting point for analysis. The basic law of post-Booker
sentencing boils down to the following principles:

1. The guidelines are no longer mandatory but advisory;

2. The District Court's sentences are reviewed on an abusive
discretion standard for reasonableness;

3. A guideline sentence is not presumed to be reasonable;
and

---

**(A)** issued by the Sentencing Commission pursuant to section 994(a)(2) of title 28, United
States Code, subject to any amendments made to such policy statement by act of Congress
(regardless of whether such amendments have yet to be incorporated by the Sentencing
Commission into amendments issued under section 994(p) of title 28); and

**(B)** that, except as provided in section 3742(g), is in effect on the date the defendant is
sentenced. [FN1]

**(6)** the need to avoid unwarranted sentence disparities among defendants with similar records
who have been found guilty of similar conduct; and

**(7)** the need to provide restitution to any victims of the offense.

4.  In imposing a non-guideline sentence, the Court is required to comply with the considerations set forth in 18 U.S.C. § 3553(a), and can afford whatever weight it believes is appropriate to each of the factors outlined in the statute (not the least of which is that the sentence imposed should be sufficient but not greater than necessary to satisfy the requirements of the statute).

The detailed footnote below sets forth a synopsis of the case law, hopefully avoiding repetition of case law well known to this Court, and the consumption of multiple, non-productive pages.[2]

------

2      In its en banc decision in United States v. Cavera, 550 F.3d 180 (2d Cir. 2008), the Second Circuit discussed the parameters of federal sentencing law in the wake of United States v. Booker, 543 U.S. 220, 226-27 (2005), which held that mandatory application of the Sentencing Guidelines was unconstitutional under the Sixth Amendment.  The Court in Booker ruled that the Sentencing Guidelines were effectively advisory, and that sentencing courts were permitted to fashion appropriate sentences for each offense taking into consideration not only the Guidelines range, but also the factors enumerated by Congress in 18 U.S.C. §3553(a). Further, such sentences would be reviewed for "unreasonableness."  Booker, 543 U.S. at 261. "Review for 'unreasonableness' amounts to review for abuse of discretion." Cavera, 550 F.3d at 187 (citing Gall v. United States, 552 U.S. 38 (2007)).

As the Cavera court recognized:

A sentencing judge has very wide latitude to decide the proper degree of punishment for an individual offender and a particular crime. In addition to taking into account the

**The Guidelines As Calculated**

The guidelines calculations are set forth at Paragraphs 100 through 111

of the Pre-Sentence Report (pages 24-25). The probation office's calculation is

as follows:

| | |
|---|---|
| Base Offense (Section 2M5.2) | 26 |
| Abuse of Position of Trust (Section 3B1.3) | +2 |
| Adjusted Offense Level | 28 |
| Acceptance of Responsibility (Section 3E1.1(a)) | -2 |
| Acceptance of Responsibility plus (Section 3E1.1(b)) | -1 |
| Total Offense Level | 25 |

---

Guidelines range, the district court must form its own view of the "nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1). The sentencing judge is directed, moreover, to consider: a) the need to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for that offense; b) the need to afford adequate deterrence to criminal conduct; c) the need to protect the public from further crimes by the defendant; and d) the need for rehabilitation. *Id.* § 3553(a)(2). Additionally, district courts must take into account: the kinds of sentences available, *id.* § 3553(a)(3); any pertinent Sentencing Commission policy statement, *id.* § 3553(a)(5); the need to avoid unwarranted sentence disparities among similarly situated defendants, *id.* § 3553(a)(6); and, where applicable, the need to provide restitution to any victims of the offense, *id.* § 3553(a)(7).

The resulting guideline range for that calculation is 57 to 71 months.

On page 6 of the plea letter dated November 19, 2016 the defendant has reserved his right to contest the two-level enhancement for Abuse of Position of Trust. He registered that objection with that probation office. He renews that objection here. When he was first hired, Yu Long was required to sign a document prohibiting disclosure of information that came into his possession. Once he was issued a green card, his status changed. At that point, Dr. Long, like all employees, had appropriate access to all information necessary to fulfill his employment responsibilities. This access certainly did not constitute a special skill. He here contends that accessing the information – or for that matter, taking it on departure – does not constitute an abusive position of trust.

When he left UTRC, Dr. Long retained a computer hard drive. That hard drive had been purchased specifically for Dr. Long by his supervisor. It was purchased separately, not requisitioned from the company's cache of supplies. In addition to his "ordinary" tasks, Dr. Long obtained an interest in and responsibility for certain patents that were obtained and registered by United Technologies. Dr. Long had post-employment obligations for those patents.

The legal office at United Technologies was aware of that. In fact, he had consulted with United Technologies' attorneys on his departure about these responsibilities and patents. His employer, then, was aware of Dr. Long's continued involvement in the patent process as well as the acquisition of a computer hard drive during the course of his employment. Upon his departure, although he participated in the termination process, that hard drive and its contents were never addressed nor pursued.

The defendant contends that if properly calculated, the base offense minus three yields a Total Offense Level of 23. This results in a guideline range of 46 to 57 months.

Notwithstanding the defendant's objections, he maintains that proper application of the sentencing statute, 18 U.S.C. 3553 (a) (as more fully set forth below) results in a sentence of time served – 30 months – a sentence sufficient but not greater than necessary to fulfill its obligations.

## A Review of the Statutory Factors

The sentence imposed must be, in the words of the statute,

> . . . sufficient, but not greater than necessary, to comply with [the purposes of the statute].

The Court is required to consider a number of factors. We have reviewed most of those above. But a further brief discussion is merited.

## The Nature and Circumstances of the Offense

Both prior and subsequent to his departure from UTRC, Dr. Long sought employment in both American and Chinese academia. His specialties at UTRC were modeling and manufacturing process development. It was not "laser peening" as referenced in some of the documents[3]; nor was it direct involvement with anything having to do with military aircraft. When Dr. Long left UTRC he believed, he had in-hand an American professorship position at Purdue University. His partner's plans and demands changed and resulted in Purdue's withdrawing the offer.

Dr. Long then pursued a career in Chinese academia with greater vigor. He took two separate trips to China and planned a third. He was invited by Chinese academics to participate in two Chinese Government plans designed to entice the return of educated and experienced ex-patriots. This quest was not

---

[3] It appears that the "laser peening" process is an integral part of the manufacturing of airplane engines.

successful. There was never a permanent offer and acceptance. His domestic relationship complicated his pursuits.

Like many employment applicants, Dr. Long tried to shed the best light on his employment experience in order to enhance his attractiveness to his new potential employers. In his applications, he referred to certain work of United Technologies with which he had only a tangential connection. In fact, he allowed his name to be placed on a proposal by academics at a Chinese university about laser peening, a subject in which he had no real expertise. The purpose he was told was to enhance the likelihood of Chinese government funding for those projects. Although he foolishly took a hard drive he had used at United Technologies, he referred to its contents but did not disclose the specifics. He acknowledges the wrongfulness of his acts and their illegality but, Dr. Long submits, there was no substantial gain to the Chinese government as a result. His efforts were for self-promotion and employment. They were not designed to better the Chinese government in its pursuits.

## The Characteristics of the Defendant

The Pre-Sentence Report and what is set forth in the introductory portion of this document present a profile of Dr. Long. What is agreed is that he was

academically accomplished and for at least four years of employment, professionally accomplished. In fact, he received a national award for young engineers. It was the unfortunate conflict that occurred in December of 2012 that led to his departure from UTRC.

Dr. Long was born in China, one of four sons of a Chinese engineer who died at age 66. His mother is in her 70's and also lives in China. She is a retired primary school teacher who taught for more than 30 years. His older brothers also live in China and are gainfully employed. Dr. Long is now 39 years old. He is the father of one daughter by his first marriage. She is an American citizen. He is also the father to two other young girls who now live in China with his domestic partner. He will willingly return to China at the end of his sentence.

Dr. Long's first marriage was to Bin Yang, a woman whom he met in Shanghai and with whom he has a daughter, Claire. Claire and her mother continue to live in Boston. He was divorced in 2011. Dr. Long's ex-wife has remarried but remains supportive. (See Exhibit C).

The details of his unpredictable and complex present domestic situation are outlined above. The impact of the unpredictability of that relationship on him and on his employment, were also detailed.

Dr. Long's time with UTRC was both professionally and socially active. He participated in the Special Olympics in 2012 at Southern Connecticut State University. (See news release attached as <u>Exhibit A</u>.) His outstanding young manufacturing engineer award by the Society of Manufacturing Engineers is for his significant achievements in leadership in manufacturing engineering is also documented (<u>Exhibit B</u>). He was one of seven nationwide recipients of this award which was presented at the 41st Annual North American Manufacturing Research Conference held in Madison, Wisconsin.

He remained close to his culture. He helped organize the Connecticut Chinese New Year Gala Show and also took the lead in organizing the UTRC Chinese Dragon Boat Team. (See letter from Dr. Long's ex-wife, <u>Exhibit C</u>.) He was especially well regarded by his professors. (See attached letters from Dr. Jian Luo; Dr. Thomas R. Kurfess; Dr. Tahany El-Wardany, Dr. Yong Huang, and Paul Marca, <u>Exhibit D</u>).

Many friends and relatives have written the letters attached as Exhibit E. Those letters provide insight into Yu Long's character, abilities and sincerity. (Letters 10-20 as Exhibit E).

As set forth in Paragraph 23 of the PSR Yu Long has learned significantly from this unfortunate experience:

> I've spent a lot of time on the internet and that hurts my relationship with people. I want to create a community service to help people get more connected.
>
> (Paragraph 124)

He has refocused his life in a way that he wants to help others.

As Dr. Long has stated:

> I focused too much on work and want to be a good husband and father. I miss my daughters and Jane. I want to be a good father and husband. That's my mission. I didn't make many friends. I want to make friends and make my life more beautiful. I want to balance my life. I want to use my heart for decisions and make good choices. I want to help others and not always think of myself. I have to be open, honest and unselfish. I want to communicate better so others will understand me . . . I have to be flexible and not so fixed in my mind. I have to follow the law and ethical rules. It is my own fault for being in this situation.
>
> (Paragraph 123)

In sum, Dr. Long is an intelligent and accomplished professional who is highly regarded by others in his field. He is a father who wants to be a responsible father. He has tried without significant success to manage a complicated domestic situation. He will, upon the completion of his sentence, return to China and hopefully fulfill his family responsibilities.

**Other Considerations**

There are, of course, other sentencing considerations, all of which are set forth in 18 U.S.C. §3553(a)(2). There is a need to reflect the seriousness of the offense, promote respect for the law, and to provide just punishment. Dr. Long has been confined for 30 months for what amounts to a huge mistake of judgment. He has been confined at Wyatt. He has learned from that experience. The sentence requested is sufficient to deter others in Dr. Long's situation. There is no need for additional education or vocational support or training. There is, now, at long last, an opportunity for this ordeal to end.

Dr. Long intends to address the Court and present to the Court justification for his requests as well as other information that will be brought forth at that time.

**Conclusion**

We submit that a sentence of time served will fulfill all of the statutory components and justify the sentence requesting time served.

THE DEFENDANT,
YU LONG

By_____
     William F. Dow, III (ct00161)
     JACOBS & DOW, LLC
     350 Orange Street
     New Haven, CT 06511
     Telephone:  203-772-3100
     Facsimile:  203-772-1691
     E-Mail:  wdow@jacobslaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2017 the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

William F. Dow, III

# EXHIBIT A



06/19/2012
## *UTRC hosts running long jump at Special Olympics*

Nearly 60 Research Center employees and their family members and friends, UTRC retirees and UTC business unit volunteers gathered June 8-11 to help more than 1,180 track and field athletes from across Connecticut compete in the annual Special Olympics Summer Games.

The June event represents UTC's 35th year supporting Special Olympics in Connecticut.



UTRC organized and presided over the Saturday running long jump venue at Southern Connecticut State University in New Haven. Volunteer tasks included athlete registration, escorting, officiating, raking and sweeping jump pits, measuring jumps, scorekeeping, and lots of cheerleading as each athlete put forth his or her best effort in the competition for gold, silver or bronze medals and participant ribbons.

Volunteers included Jim Irish, Lisa Vaughn and Alex Lahoski, Moon Kim, Kitty Liu, Catherine Thibaud-Erkey, Alisha Desilva, Tahany El-Wardany, Peter and Suzanne Harris, Vivek Venugopal, Rajiv Ranjan, Xin Wu, Doug Girard, Irene Harrison, Yves Michaud, Xie Wei, Joshua Sheffel, Erika Minella, T.T., Jay and Ann Aindow, Laura Stevens, Nicole Green, Sal Saitta, Jacquelynn Garofano, Yu Long, Hongcheng Wang, and many family members and friends.

Following completion of the final running long jump heat, United States Senator Richard Blumenthal (D-CT) stopped by the UTRC tent to express his appreciation to volunteers for their time and efforts on behalf of Connecticut Special Olympics.

"All of you play a critical role in making this event memorable for the athletes who participate, and I would like to express my personal thanks to each and every one of you for caring," he said.

Event director Lisa Vaughn also complimented the standing long jump volunteers, noting much of the event's 2012 success was due to their continued -- or first-time -- participation and commitment to Special Olympics.

"Our volunteers provide the magic that makes the running long jump mesh," said Vaughn, who has participated in this Special Olympics venue for 15 years and overseen coordination of it since 2005. "Thanks to their tremendous efforts year in and year out, the running long

jump has earned a reputation as one of the most professionally run events at the Summer Games. It's a pleasure to work with such a dedicated group."

Visit the Community Affairs site for more pictures from the event.

# EXHIBIT B



06/26/2013
## *About our people: Yu Long*

Yu Long, Senior Scientist, Surface Mechanics, has been selected by the Society of Manufacturing Engineers' (SME) International Awards & Recognition Committee to receive its 2013 Outstanding Young Manufacturing Engineer Award.

The SME Outstanding Young Manufacturing Engineer Award recognizes manufacturing engineers, age 35 or younger, who have made exceptional contributions to and accomplishments within the manufacturing industry.

Long is being honored for significant achievements and leadership in manufacturing engineering. He is one of seven recipients who received the award at the 41st Annual North American Manufacturing Research Conference (NAMRC 41), held in mid-June in Madison, Wis. The conference was sponsored by the North American Manufacturing Institution of the Society of Manufacturing Engineers (NAMRI/SME).



NAME:
YU LONG

He was nominated for the award by Tahany El-Wardany, UTRC Principal Engineer/Scientist, Surface Mechanics, and Professor Yong Huang from the University of Florida, Department of Mechanical and Aerospace Engineering.

DEPARTMENT:
Physical Sciences

According to Professor Huang, Long is an extraordinary and creative researcher who joined Huang's lab in 2004 as a Ph.D. candidate studying advanced manufacturing. There, he was charged with overseeing two projects: investigating the effect of tool wear on machining performance, and studying the fabrication of hollow fiber membranes for nerve regeneration applications (the latter supported by the U.S. National Science Foundation).

CURRENT
POSITION:
Senior Scientist,
Surface Mechanics

YEARS AT UTRC: 5

"During his time in my lab, Yu proved his exceptional research skills while contributing significantly to the fields of metal cutting and polymer fiber fabrication: two very different research topics. His work in these areas ultimately led to six peer-reviewed publications," recalled Huang. "Since then, his outstanding achievements and singular contributions in manufacturing process development and modeling have been consistently demonstrated through his papers, awards, presentations, and practical applications to industrial products. Our research group is very proud of his accomplishments as a promising young manufacturing engineer."

El-Wardany, who first worked with Long in 2009 on a project for the Connecticut Center of Advanced Technologies (CCAT), echoed Huang's praise of his former student's research capabilities.

"I was impressed with Yu's learning and successful application of challenging software for

casting simulation in a very short time, as well as his ability to interface it with other software that helped us deliver our results to CCAT in a timely manner," she said.

Also recognized by his peers for these attributes, Long has developed and utilized physics-based models with many UTRC colleagues to optimize different manufacturing processes across UTC business units, El-Wardany added.

In 2008, shortly after joining UTRC, Long worked with fellow UTRC scientists Changsheng Guo and Santosh Ranganath to develop a physics-based Finite Element Model (FEM) for high-speed machining of nickel superalloy. This is a complex high-strain-rate, thermo-mechanical process to reduce surface damage and increase the fatigue life of critical Pratt & Whitney aircraft engine components. The team's work decreased fatigue by a factor of 10. Long further extended the FEM model to better understand the physics of white-etch-layer-evolution, as well as burr and chip formation during machining of exotic materials for aerospace applications... all of which led to identifying proper process parameters.

In 2011, again working with Guo, Long's team developed FEM models to predict distortion of complex parts during heat treatment and machining. This helped define optimum cutter paths for machining processes used in Pratt & Whitney engine component development. Long's other FEM modeling efforts included the simulation of aluminum tube extrusion for Carrier Corporation heat exchangers and rubbing between the engine rotor and vane assembly for Pratt & Whitney.

In 2010, Long worked closely with the UTRC advanced machining team and a team from Hamilton Sundstrand (now UTC Aerospace Systems) to implement PROMPTFM software at the company's Illinois and Singapore facilities. The project was honored with a UTRC 2010 Outstanding Achievement Award for reducing manufacturing time for Boeing 787 APU impellers by more than 40 percent.

In 2012, Long served a six-month rotation as a technology development leader at Pratt & Whitney, where he created physics-based process models for powder bed additive manufacturing (AM) processes to simulate heat transfer, and to predict residual stress and distortion – all critical to engine component production qualification.

Since returning to UTRC, Long has worked under the leadership of G.V. Srinivasan, Manager, Research Engineering, Solid Mechanics, and Dan Viens, Manager, Research Engineering, Surface Mechanics, on multi-scale physics-based modeling efforts to link process, microstructure, property and performance of powder bed additive manufacturing processes. His contributions have helped the organization better understand the physics of additive manufacturing processes and support process qualification.

Long also is involved in developing new experimental technologies to investigate material behavior during conventional and advanced manufacturing processes. These experimental approaches support the calibration and validation of the physics-based models he and his team members developed. Currently, Long and various associates in Physical Sciences are developing an advanced process platform and sensing technologies to support UTRC innovation efforts to develop new materials and structures leveraging additive manufacturing (AM) processes.

Long is the principal investigator of two research proposals -- submitted with Viens and UTRC's Alex Norman, Principal Engineer/Scientist, Applied Physics; and Sonia Tulyani, Staff

Engineer/Scientist, Materials Chemistry, in May 2013 -- for in-situ microstructure and texture evolution analysis under replicated AM heating and cooling conditions. This research will advance the understanding of material behaviors during AM processes.

Long completed his Ph.D. in advanced manufacturing in 2008, and a master of science in optical sciences at the University of Arizona in 2010. He currently is pursuing a graduate degree in management science and engineering at Stanford University. He has published more than a dozen papers for journals and conferences, and is an invited reviewer for several journals and conferences in the manufacturing field, including ASME Journal of Manufacturing Science and Engineering, ASME Journal of Tribology, and Machining Science and Technology.

He has presented at a variety of prestigious academic and industry events over the past decade and will serve as a session co-chair at the 2013 ASME International Symposium on Flexible Automation (ISFA) in St. Louis.

*UTRC's 'About our people' highlights employees who are engaged in outside activities that have an impact on UTRC.*

# EXHIBIT C

Dear Your Honor,

My name is Bin Yang, Yu Long's ex-wife. I work as a Language Lead, eCommerce in Thermo Fisher Scientific Inc. I got my BS in chemistry (2006), MS in environmental engineering & science from Clemson University (2010) and I received MBA (part-time program) from Boston College last year.

Despite Yu's admission of wrongdoing I nevertheless still have great respect for him because of all the many great qualities that he has demonstrated.

We got married in the year 2006 in Shanghai where we spent many years in colleges. Yu was in the PhD program in mechanical engineering while I was in the master program in Clemson University after we got marriage. During that time in South Carolina, Yu was very smart, helpful, warm heart and simple, not sophisticate. We went to church every week and make donation to help families who suffered earth quick. Life is not easy, during the three years (2006-2008), we only had one research assistantship which was the only income of the family. We live a frugal life, but happy, just like the other international graduate students in Clemson. We cooked every meal together and did not purchase anything if not necessary. He always helped other students, e.g. moved to the new apartment; taught them how to drive and helped them to practice; helped them to transfer to the new program; took new students to grocery stores (the entire semester); pick up or drop off students to the airport......Yu liked football very much and he always served as a volunteer for Clemson Tiger.

Yu moved to Connecticut in 2008 when he got the job offer from UTRC. And I moved to Connecticut later for family reunion. Our daughter was born in 2009, life got better and better. Yu and I we have many close friends in our community at that time, most of who are his college families in UTRC. Yu is warm hearted and did many volunteer jobs serving the community. He helped to organized Connecticut Chinese New Year Gala Show. He took the lead to organized UTRC Chinese Dragon Boat team. Yu help to organize UTRC 2012 Olympic Games. Yu received my awards due to his effort, hardworking and dedication.

Yu Long helped a lot of people and his efforts and smile inspired and impacted many families. He is always a person with positive attitude no matter how hard the situation we got through. He is a good father of three daughters, 8-year, 5-year, and 2.5-year old. He loved the kids so much and the youngest daughter has not seen him since she was two month old.

The daughters are hoping to see their father every day, and grow up with Yu Long's love. To me, Yu is always trustful and good person. I understand the situation and ask for the lowest appropriate sentence for him. Please consider the lowest appropriate sentence!


Sincerely yours,

Bin Yang

# EXHIBIT D

# UNIVERSITY OF CALIFORNIA, SAN DIEGO



U C S D

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO · SANTA BARBARA · SANTA CRUZ

*Jian Luo, Ph.D.*
*Professor*
*Department of Nano Engineering*
*Program of Materials Science and Engineering*
*Jacobs School of Engineering*
*Office: Structural and Materials Engineering Building, Room 244G*
*URL: http://jianluo.ucsd.edu/*

*9500 Gilman Drive, # 0448*
*La Jolla, CA 92093-0448*
*Telephone: (864) 656-5961*
*Fax: (864) 656-1453*
*Email: jluo@ucsd.edu*

August 18, 2014

Prof. Yimin Rong
Tsinghua Institute of Manufacturing
Email: yrong@mail.tsinghua.edu.cn

Re: Recommendation Letter for Dr. Yu LONG

Dear Prof. Rong and the Search Committee:

It is my great pleasure to offer this letter to support Dr. Yu Long's application for a faculty position at Tsinghua Institute of Manufacturing and 青年千人计划.

I graduated from Tsinghua University in 1994 with dual Bachelor's degrees, and received my M.S. and Ph.D. degrees from M.I.T.. After graduation, I worked in the industry with Lucent Technologies and OFS/Fitel for 2001-2003, before joining the Clemson faculty, where I served as an Assistant/Associate/Full Professor of Materials Science and Engineering from 2003 to 2012. In January 2013, I joined UCSD as a Professor of NanoEngineering and Materials Science and Engineering. I served as the Chair of the Basic Science Division of the American Ceramic Society (for 2012-13) and the Chair of the Thin Films and Interfaces committee of TMS (for 2012-14); most recently, I was elected as the 2016 Vice Chair (and the 2018 Chair) for the Gordon Research Conference -- Solid Studies in Ceramics. I received a National Science Foundation CAREER award in 2005 and an Air Force Office of Scientific Research Young Investigator award in 2007. In 2014, I received a highly competitive National Security Science and Engineering Faculty Fellow (NSSEFF) award. I believe that I am qualified for making some comments on the scientific and professional achievements of Dr. Yu Long.

I have served and chaired several faculty search committees at both Clemson University and UC San Diego, and I compare him with the candidates that we have considered. In my opinion, Yu has the academic credentials and a great potential to become a top researcher and a good teacher, on par with some of our best candidates. Thus, I fully support his application without any reservation.



University of California, San Diego

I knew Yu since he was a graduate student at Clemson University. He took two of my graduate level advanced materials science core courses on diffusion and phase transformation (although he was majored in Mechanical Engineering), and he was among the best students that I have taught. At Clemson, he worked with Prof. Yong Huang in Mechanical Engineering on modeling the effects of tool wear in machining process. While Prof. Huang can make more expert comments on that thesis research, I felt that he have done some excellent work from my limited interactions with him.

After graduation from Clemson in 2008, Yu started an extremely successful career at the United Technologies Center (UTRC). Since then, he has greatly expanded his research areas and worked on 13 research projects that were funded by different agencies and internal sources. For his accomplishments, he received an Outstanding Achievement Award from UTRC in 2010. Moreover, he received **an Outstanding Young Manufacturing Engineer Award** from the Society of Manufacturing Engineers (SME) in 2013 and was **a nominated participant at the National Academy of Engineering's 2014 US Frontiers of Engineering Symposium**. Both are among the most distinct honors for young engineers and researchers at their early career stage.

In the last a couple of years, I have several interactions with Dr. Yu and his team at UTRC because of our common interest in additive manufacturing. This is an emerging field that is extremely exciting. Yu had made important contributions to this area. In particular, he is keen in the efforts to incorporate materials science (including interfacial science) into the modeling and controlling of additive manufacturing, which overlap with my research interests in materials and interfacial engineering. I understand that he plans to continue this research effort after starting a tenure track position. In my opinion, this will be a very fruitful research effort.

I do not have direct knowledge of his teaching skills, other than knowing that he had good experience serving as a Teaching Assistant at Clemson. His communication skills are good, so I fully expect that he can be a good teacher.

Yu has a good personality and is a good person to work with. My personal interactions with him are all positive.

In summary, I enthusiastically support Dr. Yu Long's application. If you have any questions, please do not hesitate to contact me.

Sincerely

Jian Luo



**Georgia Institute of Technology**

The George W. Woodruff School of Mechanical Engineering

August 19, 2014

Professor Yimin Rong
Institute of Manufacturing Engineering,
Department of Mechanical Engineering
Tsinghua University
Beijing 100084, China

Dear Professor Rong:

It is my pleasure to write this letter of recommendation for Dr. Yu Long, a Ph.D. graduate of the Department of Mechanical Engineering at Clemson University. I have known Dr. Long for over 5 years during which time I served on his dissertation committee, and have interacted with him discussing her research and career trajectory. I am writing this letter based on my experiences in a variety of positions including my current position at Georgia Tech, and former positions including the Assistant Director of Advanced Manufacturing in the Office of Science Technology Policy (OSTP) for the Executive Office of the President of the United States, and the BMW Chair of Manufacturing at Clemson University – International Center for Automotive Research (CU-ICAR), where I founded the Automotive Engineering Program.

Dr. Long's impressive research capabilities well represented by his significant contributions to the areas of modeling, simulation and optimization of machining process, all of which are critical to both civilian and military sectors in our country. Dr. Long has made both fundamental and pragmatic advances in these areas, addressing a number of key problems that we face in the manufacturing sector. For example, machining is a common material removal process, and the United States alone spends some $300 billion per year in machining. Increased productivity requires that machining be execute at higher speeds. Such processes are known as "high speed" machining, for obvious reasons. While high speed machining increases productivity, it generates significant tool wear, incurring substantial tooling costs and lowering surface quality of machined components. The complex nature of the tool wear mechanism nature poses a significant challenge to understand from a basic analytical perspective. Understanding the fundamental mechanisms of tool wear and its effect on part surface finish and integrity is a critical issue facing the modern manufacturing sector. Dr. Long's work in modeling tool wear has resulted in significant advances in its understanding. This is demonstrated by three of his publications is top flight archival journals and conference proceedings. I expect that he will continue to publish his work, and that it will be heavily referenced by other researchers in the field.

Atlanta, Georgia 30332-0405 U.S.A
Administration Office 404-894-3200
Web site: http://www.me.gatech.edu/

Graduate Program 404-894-3204
Undergraduate Program 404-894-3203
Fax 404-894-8336 or 404-894-8496

*A Unit of the University System of Georgia*          *An Equal Education and Employment Opportunity Institution*

After joining the United Technologies Research Center (UTRC), Dr. Yu Long invented a novel finite element procedure to rapidly and efficiently simulate the performance of the multiphase Nickel alloy machining process. As a result of his work, manufacturing engineers no longer have to rely on exhaustive simulations and expensive experiments to achieve significant improvements in product performance such as increased fatigue life of advance jet engines that utilize these Nickel super alloys. Based on this work, Dr. Long received an award for technical excellence in 2008 from Pratt & Whitney RocketDyne. Subsequently, he was invited to give a seminar on his multiphase material machining model in United Technologies Corporate explicit dynamics workshop in 2009, a tremendous honor for a first year employee.

Dr. Long has also been active in machining of complex geometries such as airfoils that are critical elements of advanced aircraft engines. He and his colleagues at UTRC have integrated a variety of ideas from many disciplines, and developed a CAM tool to reduce the product developing and manufacturing time. This has also resulted in energy savings of 20%-40%. The work recognized by the Outstanding Achievement Award, the most prestigious award given at UTRC. This work is being widely used in both civilian and military sector aerospace production, most notably in the propulsion systems for the new Boeing 787 Dream-Liner, and has the potential for saving over a billion dollars during the next ten years.

From a professional service perspective, Dr. Long has frequently served as reviewer for highly rated international journals and conferences. To maintain the high quality of these journal and conference publications, the editors solicit reviewers only from highly qualified experts in the field. The fact that Dr. Long has been selected to do such an important job clearly demonstrates his expertise, recognition and dedication to his profession.

In conclusion, Dr. Long's abilities and accomplishments make him a leading scientist in the field. He is an excellent candidate for your program, and I believe that he will contribute to your faculty in a wide variety of ways including research, teaching and service.

Sincerely,

Thomas R. Kurfess, Ph.D., P.E.
Professor and HUSCO/Ramirez Distinguished Chair
in Fluid Power and Motion Control

2

United Technologies Research Center
411 Silver Lane
East Hartford, CT 06108
(860) 610-7000



January 1st, 2014

To whom it may concern

Dear Sir, Madam,

I am writing this letter to enthusiastically recommend Dr. Yu Long of the United Technologies Research Center (UTRC) for the supporting his Job application.

As an extraordinary and creative researcher, Dr. Long obtained his Ph.D. study in the area of advanced manufacturing in 2008, and he has six peer reviewed publications from his PhD works. These papers appeared in the premier journals and proceedings in the field of manufacturing processes, including *ASME Journal of Manufacturing Science and Engineering, Transactions of NAMRI/SME (North American Manufacturing Research Institution/Society of Manufacturing Engineers), Machining Science and Technology, ASME International Mechanical Engineering Congress and Exposition (IMECE),* and *ASME International Manufacturing Science and Engineering Conference (MSEC).* His high productivity in terms of technical publications in peer-reviewed journals is the best reflection of his extraordinary ability in his scientific field.

Dr. Long joined the United Technologies Research Center (UTRC) after finishing his Ph.D. study at Clemson. At UTRC he is a member of the Physical Science Department, Surface Mechanics Group. He continued his exceptional work since 2008 in the area of physics-based process modeling as a senior scientist. Dr. Long was selected to receive a ***2010 Outstanding Achievement Award, UTRC's highest award for recognizing exceptional performance***. His contribution is about physics-based machining, forming, casting, heat treatment, surface treatment, and erosion modeling, material development, thermo-mechanical process modeling and phase field modeling of material microstructure evolution during additive manufacturing process. Dr. Long is a member in the machining modeling team that has advanced the fundamental understanding of traditional metal cutting and developed a suite of physics-based modeling tools that are used across UTC to reduce machining time for 5-axis milling and super abrasive machining processes of complex parts, helping to increase productivity, improve product performance, eliminate tool breakage and reduce manufacturing cost. Within the last 6 years Dr. Long is actively involved in publishing over 10 papers in refereed Journals and Conferences. Dr. Long has frequently been invited to review technical papers for several premier international journals and conferences in the manufacturing field, including *ASME Journal of Manufacturing Science and Engineering, ASME Journal of Tribology,* and *Machining Science and Technology,* to name a few. In addition, he has been very active in other various research community services. For example, he volunteered as a session co-chair at the 2010 ASME MSEC/NAMRC, and 2012 ASME International Symposium on Flexible Automation (ISFA).

In my opinion, Dr. Long has been highly recognized in the international manufacturing research community. He consistently demonstrated outstanding achievements and exceptional contributions in all the projects he is involved in at UTRC with specific contribution to advanced manufacturing technologies. His outstanding achievement led to his selection to lead the



development of laser additive manufacturing modeling activities at Pratt & Whitney in 2012. He consistently demonstrated his creative approach through his papers award, presentations, and practical applications to industrial products. In recognition of his excellent contribution in manufacturing research and technical leadership, **Society of Manufacturing Engineers selected him as one of the seven awardees for the 2013 SME Outstanding Young Manufacturing Engineers Award.** Therefore, I respectfully recommend Dr. Yu Long. Should I be of any further assistance, please do not hesitate to contact me at 860-610-7429 or elwardti@utrc.utc.com

Sincerely

Tahany El-Wardany, PhD
Principal Engineer, Surface Mechanics Group
Physical Science Dept.
United Technologies Research Center
411 Silver Lane, MS 129-22
East Hartford, CT, 06108
Ph. (860) 610-7429
Fax (860)6600970
elwardti@utrc.utc.com



PO Box 116250
Gainesville, FL 32611-6250
Tel: (352) 392-0961
Fax: (352) 392-7303
http://www.mae.ufl.edu/

August 24, 2014

To whom it may concern:

I am writing to enthusiastically nominate Dr. Yu Long, my former Ph.D. student (when I was with Clemson University), for the prestigious "Chinese Thousand Young Talents Program" for his research originality, creativity, and productivity demonstrated during his Ph.D. study.

As a creative and promising researcher, Dr. Long joined our group for his Ph.D. study in the area of advanced manufacturing in 2004, and his productive study led to six peer-reviewed publications. These papers appeared in the premier journals and proceedings in the field of manufacturing processes, including *ASME Journal of Manufacturing Science and Engineering*, *Transactions of NAMRI/SME* (North American Manufacturing Research Institution/Society of Manufacturing Engineers), *Machining Science and Technology*, ASME International Mechanical Engineering Congress and Exposition (IMECE), and ASME International Manufacturing Science and Engineering Conference (MSEC). His high productivity in terms of technical publications in peer-reviewed journals is the best reflection of his extraordinary ability in his scientific field.

During his graduate study under my supervision at Clemson University, he was in charge of two research projects. The first project was entitled the effect of tool wear on machining performance. Progressive tool wear, mainly in the forms of flank and crater wear, presents on the tool rake and flank faces, respectively. Quantitative understanding and prediction of cutting forces under both tool flank and crater wear conditions is of great importance to process thermal modeling, tool life estimation, chatter prediction, and tool condition monitoring purposes. Unfortunately, there is no adequately documented work to analytically study the combined effects of both flank and crater wear on cutting forces and investigate the associated underlying machining physics. In his study, a slip-line field based force modeling approach was proposed to capture the worn tool cutting mechanism under the combined effects of both flank and crater wear in orthogonal cutting. By applying his model, he is the first one to analytically model the coupled effect of the flank wear and crater wear on the machining process performance. He then proposed an innovative uncertainty analysis methodology to quantify the cutting performance under the worn tool conditions, which are considered critical for machining system operations and monitoring.

His second project was about the fabrication of hollow fiber membranes (HFMs) for nerve regeneration applications, which was supported by the US National Science Foundation. This original work, published as a technical paper in ASME Journal of Manufacturing Science and Engineering, attempted to fundamentally reveal the mechanisms behind the HFM surface

morphology formation and generalize the membrane morphology analysis in polymeric hollow fiber manufacturing. It, again, demonstrated his exceptional skills and scientific contributions in the field of fiber fabrication in addition to his machining achievements.

Dr. Long joined the United Technologies Research Center (UTRC) after finishing his Ph.D. study at Clemson, continuing his exceptional work in the area of physics-based machining process modeling as a senior scientist. It was also a great pleasure to learn that Dr. Long was selected to receive a 2010 Outstanding Achievement Award, UTRC's highest award for recognizing exceptional performance. His contribution is about physics-based machining modeling. His team advanced the fundamental understanding of traditional metal cutting and developed a suite of physics-based modeling tools that are used across UTC to reduce machining time for milling and grinding operations, helping to improve product performance and reduce cost. In addition, he was selected to receive the prestigious 2013 Outstanding Young Manufacturing Engineer Award from the Society of Manufacturing Engineers (SME).

Dr. Long has frequently been invited to review technical papers for several premier international journals and conferences in the manufacturing field, including ASME Journal of Manufacturing Science and Engineering, ASME Journal of Tribology, and Machining Science and Technology, to name a few. In addition, he has been very active in other various research community services. For example, he volunteered as a session co-chair at the 2012 ASME International Symposium on Flexible Automation (ISFA) in St. Louis, MO in June 2012.

In my opinion, Dr. Long has been highly recognized in the international manufacturing research community. Dr. Long's outstanding achievements and contributions in the field of manufacturing processes have been consistently demonstrated through his papers, awards, presentations, and practical applications to industrial products. I have no doubt about his future success and highly recommend him for this prestigious award/program. The financial support and opportunities provided by the award will be surely significant for his career development as an early-career professor. Please feel free to contact me at yongh@ufl.edu/352-392-5520 if any additional information is of your interest.


Sincerely,

Yong Huang, Ph.D., Fellow ASME
Professor
Mechanical & Aerospace Engineering, Biomedical Engineering, Materials Science & Engineering
Center for Manufacturing Innovation
Department of Mechanical and Aerospace Engineering



Yu Long
United Technologies Research Center
411 Silver Lane
East Hartford, CT, 06108

Dear Dr. Long,

Congratulations on earning your Stanford University Certificate in Management Science and Engineering in conjunction with the Stanford Center for Professional Development.

This academic certificate represents considerable dedication and effort on your part; effort that pays off in improved job productivity and enhanced career development. In the context of a rapidly growing and dynamic workplace, your academic certificate represents the foundation of technical knowledge and skill upon which companies such as yours are built.

We would like to know the impact this certificate has upon your job and career as well as suggestions for other program offerings or enhancements that would be of value to your fellow engineers and scientists.

Congratulations again on this significant accomplishment and best wishes for career success.

Sincerely,

**Paul Marca**
Executive Director
School of Engineering
Stanford University

Cc: Daniel Viens

# EXHIBIT E

Dear Judge Covello,

This is Guoling Chen , his sister in law . I work in local city environmental protection department. I know Mr Long for over 20 years.

He visited us in his holidays and stayed with us for one or two months annually. He likes reading and used to spend most of his time reading at home. He loves to play with my kid and is a good uncle. He is shy and not hang out too much.

He has two little kids who needs his care and his mom is very old. All of us are waiting he come back home and take care of his family.

Regards,
 Guoling chen 陈郭陵

Dear Judge Covello,

This is Changzhong Huang , his daughter's uncle. I am an administrative office manager. I knew Yu when he registered his daughter household in shanghai. I accompany with him in shanghai for his daughter, my niece's household registration.

The household registry procedure is very redundant. Many documents are needed to collect, like photo, certificates, translations and stamp etc. I remember there was a long queue in the office main hall, he got to wait and stand there for a long time. Shanghai is very hot in summer. He is very patient and one of the great father I have seen.

He went back to China between July and August in 2014, mainly in shanghai in order to register his daughter's household and at my home to stay with his daughter.


Best regards,
Huang Changzhong



Dear Judge Covello,

I am Yu's daughter's nanny xiu hua Ma. Yu is a nice person. He loves his kid. If he is not with his little one, he would ask us to open video camera so that he could talk to his daughter. They just talk and talk and sing songs.

He travelled to China mainly to register his daughter's household.    His daughter needs it to go to Chinese school to learn Chinese instead of International school, as his daughter is a United States citizen.

When I take care of his older daughter, he plan to move to a state in America where he has already found a faculty job in a University in the States. But unfortunately his daughter was born due in Sep 2014, he couldn't start working in August, his offer was cancelled.

When he went back to China, we was told to take good care of his daughter, after he settle down again in America, he planned to pick up his daughter back to America.

Regards,
Ma xiuhua  麻秀华

Honorable Alfred V.Covello
United States District Judge
District of Connecticut
ABRAHAM RIBICOFF FEDERAL BUILDING
United States Courthouse
450 Main Street - Suite 125
Hartford, Connecticut 06103

                                        #63, lvse road,
                                        Nancheng district,
                                        Dongguan,
                                        Guangdong

Dear Judge Covello,

This is Ran Yin, I am living in Guangdong, as a professional architect.

Mr. Long is my brother and very nice individual. He is very kindly and treat our family members, relatives and friends very well.

He is honest and reliable. My son was a professional violin player and rewarded as our provisional top ten young player , he needs his uncle help to buy a good quality with a affordable price violin. Even though Long is very busy since his new baby was coming, he still spent a lot of time in searching a good Violin to help us.

When he was arrested in Nov 2014, his credit card was owned over $10,000 in debt. I was told he lost his job in May 2014 because his manager keep forced him leave since Feb 2014. He was positively find jobs in the States and his family immigration to Canada was in process to settle down in North America. He is a family lover and a family-oriented man.

Any queries welcome to contact me through our attorney to certify the facts mentioned above.

Sincerely,
 Yin Ran



Dear Judge Covello,

I am Manying Long and now retired. I was a school teacher over 50 years before. I am Mr Long's mother.

I visited him in 2012 and stayed with him for 5 months. My son is a great person. After he graduate from his PhD school, he keeps working at the same company and is very loyal and honest. He said he would like to work there in his working life time and bought an apartment under mortgage and a house near his company in 2013 and 2014.

During my visit in the States, he often help his neighbors and has good relationships with them. On the weekends, he joined the volunteer activities helping others. He spent most of his spare time on it, what he get back home is a free T-shirt. He enjoyed.

He works hard and study hard. Even though he has a full time job, but he was doing a part time management certificate degree in Stanford University during my stay with him in the States.   Most of evenings he was watching Stanford's managing class videos and doing assignments.

He is very friendly and used to successfully organized many local volunteer sports. I could see those pictures at his home and proud of it. When I went out with him, local banks, grocery stores, portrait studio shops, staffs knew him and were friendly to him.

He loves kids and spend most of time in his kids. He spent money most of his money on his kids, rarely on himself. He usually accompany his kids in Gymboree class or in kids music class.

Sincerely,
Long manying



#2 Xiang
Shuidian new country
Chaling
Hunan

Dear Judge Covello,

This is Yan Long, a professional water electricity engineers. I knew Mr Long for over 20 years. He is a brilliant and excellent person. He was accepted by our local best middle school and his performance was very well. I lived with him over 20 years until he went to colleges in United States. It is shocked we read news and found his current situation.

My brother is nice and kindly person, very smart and hold a PhD degree, but lack of company political disputes problem solving skills. He never told us what he is exactly doing in the States, until we knew it by news. My family all are willing to help him because he is a such nice person.

Your sincerely,
Yan Long



Dear Judge Covello,

Hi, this is C Long(US citizen), it is to write for my papa Long. I miss my Daddy and eager him to come back home to stay with me.

I have no father stay with me for two years. I couldn't see him and only hear his voice. I want to sing songs together with him and follow him to my musical class as before. All my friends have their daddy with them, except me.

I wanna my daddy read stories to me before sleep, but he only can call me early in the morning or late in the evening, I haven't wake up, or in the evening, I have already slept.


Your sincerely,
C Long

Dear Judge Covello,

This is Dongyu He. My Long is my brother in law. I am a office administrator and work in Chaling, Hunan.

I have known Mr Long over 20 years. Before he went to States, we stayed together. He is nice and friendly person. I am impressed with his excellent. I hope my son will be like him to be accepted by a very good university and study very well.

He is very reliable and someone you can trust. I am willing to help him for his any needs. He has a kind heart. I never heard he hurt anyone in these 20 years.

Best regards,

He dongyu 贺冬玉

Dear Judge Covello,

This is Hu Qinping, a former middle school's teacher with honors. Now I am retired and stayed in the middle school emloyee's apartment where I worked many years. Long is my student. He is honest and one of most excellent student.

He has good relationships with my other students and very smart. He is friendly and visited me from time to time after he left his middle school.

I am very proud of my student Yu, who is very brilliant and contribute a lot to United States. After he graduated and left the school, he worked for the States until 2014, and was rewarded one of excellent research awards in his job.

His personality is very good. He never told us what he is doing, even though we has close relationship.

Regards,
Hu Qngping



Dear Judge Covello,

This is Huang Wei, Mr Long's daughter's uncle. I am often in charge for our family's affairs. When Mr Long went back to China, his most of time was in shanghai, or went to our home in south part of China to stay with his daughter.

His flight ticket in China was booked by me and his flight ticket itinerary in China can proof such facts.

Usually when he stayed at home, he played with his daughter, watch football matches on line. He is a big fan of American football. He is helping with others. When we went to grocery stores and markets, he would help us to lift some heavy stuffs and bought toys for his daughter. He is nice and easy going person. We like to stay with him.

Regards,
Wei Huang 

Dear Judge Covello,

I am Yu's younger daughter's nanny Li Dong. I am in charge of taking care of his younger daughter. We do our best to look after his little one, but something we couldn't replace, father's love. We found his little one is easy to cry, lack of safety feeling compared to other kids with father. Maybe due to lack of father's love. She is very sensitive and it is said that she is very poor and her father's with her was only one month after she was born.

It is said she is a US citizen and her father is difficult to back to the States again in the future. We are very worried about her, because lack of father's accompany in a long time, it would badly affect her growth, particular in a kid's psychology and minds.

We can teach her talk, how to communicate with others, pay with her, many skills, but her father does play an important part in a daughter's life and values. A girl stay with father longer tend to be more encourage, brace, independent and confident.

So far, we found Mr Long's daughter less confident than other kids. When playing games with others, she is very shy and fell she is different from others,    because she never has a father to play with her like others so far. This little kid does need more attention and care from her father.

Regards,
Li Dong  李冬